# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>SALVADOR AGUIRRE-BELTRAN (1)<br>  aka Chava,<br>SALVADOR AGUIRRE-LOPEZ (3)<br>  aka Chavita,<br>HUMBERTO BARAZZA (4),<br><br>Defendants. | Criminal Case No. 10CR2303-LL<br><br>**JUDGMENT AND ORDER** |

This matter comes before the Court on the United States' motion to dismiss the Indictments and request to recall the Arrest Warrants as to Defendants Salvador Aguirre-Beltran (1), Salvador Aguirre-Lopez (3), and Humberto Barazza (4).

IT IS HEREBY ORDERED that the Indictments in the above-captioned case are DISMISSED WITHOUT PREJUDICE.

IT IS FURTHER ORDERED that the Arrest Warrants are recalled.

DATED: 6/30/2025

_____
HONORABLE LINDA LOPEZ
UNITED STATES DISTRICT JUDGE